NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BILLY R. JACKSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3098

---

Petition for review of the Merit Systems Protection Board in case no. DC315H030217-I-1.

---

## ON MOTION

---

## ORDER

Billy R. Jackson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 3 0 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Billy R. Jackson
Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 3 0 2012

**JAN HORBALY**
**CLERK**